Nick Heimlich (SBN 233232)
Law Offices of Nicholas D. Heimlich
900 Lafayette Street, Suite 509
Santa Clara, CA 95050
Tel: (408) 457-9364
Fax: (408) 841-7630
Eml: nick@nickheimlichlaw.com

**\*E-FILED 06-07-2011\***

Attorneys for Plaintiff
ALLEGRO CONSULTANTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ALLEGRO CONSULTANTS, INC., A CALIFORNIA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>WELLINGTON TECHNOLOGIES, INC., an Ohio Corporation<br><br>AND DOES 1-100, INCLUSIVE;<br><br>Defendants. | Case No. C11-01226 HRL<br><br>[~~PROPOSED~~] ORDER EXTENDING CASE SCHEDULE<br><br>**[Re:  Docket No. 8]**<br><br>**MODIFIED BY THE COURT** |

The Court has reviewed the parties joint stipulation to extend the case schedule. **and in view of the court's unavailability on August 16, 2011,** GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED:

1.     The Case schedule as issued on 03/14/2011 is extended by 60 days.

The revised Case Schedule is as follows:

| Date | Event | Governing Rule |
|---|---|---|
| ~~08/07/2011~~<br>**08/16/2011** | Last day to file Rule 26(f) Report, complete initial disclosures or state objection to Rule 26(f) Report and file Case Management Statement per attached Standing Order re: Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a)(1) Civil_L.R. 16-9 |

[~~PROPOSED~~] ORDER EXTENDING CASE SCHEDULE- 1/2

| | | |
|---|---|---|
| ~~08/16/2011~~ **08/23/2011** | Initial Case Management Conference (CMC) in Courtroom 2, 5th Floor, SJ at 1:30pm. | Civil_L.R. 16-10 |

Dated: ____June 7_____, 2011

_____
Magistrate Judge Howard R. Lloyd